IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THERESE GAMBLE,**

      **Plaintiff,**

vs.                                                **Case No.: 3:20-CV-798-J-39MCR**

**UNIVERSITY OF NORTH FLORIDA;**

      **Defendants.**

_____

## UNOPPOSED MOTION TO FILE AMENDED COMPLAINT

Plaintiff, Therese Gamble, by and through undersigned counsel, moves to file an amended complaint in this cause, attached as Exhibit 1. In support thereof, she states as follows:

1. On July 17, 2020, Plaintiff filed her complaint in this action, naming as the University of North Florida. (Doc. 1).

2. The original complaint improperly named the University of North Florida as a Defendant, when the proper Defendant is The University of North Florida Board of Trustees.

3. As such, Plaintiff wishes to amend her complaint to correct this error.

4. No substantive changes have been made to the Complaint other than changing the identity of the Defendant.

5. Plaintiff has conferred with Kelly DeGance, counsel for Defendant, who does not object to the relief requested.

WHEREFORE, Plaintiff respectfully requests this Court grant her leave to file the attached amended complaint.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 15(a)(1)(2) permits a party to amend its pleadings only with the party's written consent or the court's leave. Here, the request comes with the consent of Defendants. In order to prevent duplicative answers or other responsive pleadings from the other parties, Plaintiff respectfully requests this Court grant leave to amend.

Respectfully submitted,

　　　/s/Jesse B. Wilkison　　　
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:　(904) 356-9661
Facsimile:　(904) 356-9667
Email:　　　sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the CM-ECF System which will send a notice of electronic filing to **Kelly DeGance, Esquire,** kelly.degance@adbledgal.com**,** this 21st day of August 2020.

　　　/s/Jesse B. Wilkison　　　
ATTORNEY

JBW/km[gamble.mot.to.file.amended.complaint]