UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERESE GAMBLE,

    Plaintiff,

v.                                                  Case No. 3:20-cv-798-J-39MCR

UNIVERSITY OF NORTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **December 1, 2020**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B). The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of November, 2020.

BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record