**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THERESE GAMBLE,**

     **Plaintiff,**

**vs.**                                               **Case No.:3:20-CV-798-J-39MCR**

**UNIVERSITY OF NORTH FLORIDA**
**BOARD OF TRUSTEES;**

     **Defendants.**

_____

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now, Plaintiff, by and through undersigned counsel, and files this response to the Court's Order to Show Cause entered on November 19, 2020.

The Parties have had several phone meetings to discuss the case and are working toward agreeing to an early mediation in this case. On October 15, 2020, the parties discussed and prepared a draft case management report and agreed in principal to all major deadlines contained in the report. However, the Parties at that time had not selected a mutually-agreed mediator.

Unfortunately, the Parties were not able to conclude these discussions within the timeframe provided by the local rules. Plaintiff's counsel's other out-of-office obligations, including preparation for and participation in a three-day jury trial in *Hall v. Merola,* Case No. 3:15-cv-1054, as well as medical issues that have left Plaintiff's counsel bed-ridden and out-of-office for almost a week, limited his ability to participate and finish those discussions.

In the days leading up to the Court's Order, the Parties were in the midst of finalizing the report. They have now done so and are filing the report in conjunction with this Response.

Respectfully submitted,

_____*/s/ Jesse B. Wilkison*_____
Wm. J. Sheppard, Esquire
Florida Bar No.:  109154
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Jesse B. Wilkison, Esquire
Florida Bar No.:  118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, DeMaggio & Wilkison, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:      (904) 356-9661
Facsimile:      (904) 356-9667
Email:          sheplaw@sheppardwhite.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the CM-ECF System which will send a notice of electronic filing to **Kelly DeGance, Esquire,** this 20th day of November  2020.

_____*/s/ Jesse B. Wilkison*_____
ATTORNEY

lr[gamble.order.response]