UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERESE GAMBLE,

    Plaintiff,

v.                                                                                        Case No.: 3:20-cv-00798-BJD-MCR

UNIVERSITY OF NORTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, University of North Florida Board of Trustees, pursuant to this Court's November 19, 2020 Order to Show Cause (Doc. 13) files this Response and states as follows:

On October 15, 2020, counsel for Plaintiff and counsel for Defendant met and conferred regarding the deadlines and other issues set forth in the parties' Case Management Report. However, counsel for Plaintiff and counsel for Defendant needed additional time in order to reach an agreement as to the mediation deadline and mediator in this case. Counsel for the parties continued their conferral efforts, but as set forth in detail in Plaintiff's Response to Order to Show Case (Doc. 16), for a period of time, counsel for Plaintiff was unavailable to finalize the Case Management Report. Notwithstanding, the parties filed the Case Management Report on November 20, 2020 (Doc. 14).

    Dated this 23 day of November, 2020.

{00385408 1 }

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: /s/ Kelly DeGance
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
Email: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, Florida 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document electronically by email to the following: Wm. J. Sheppard, Elizabeth L. White, Matthew R. Kachergus, Bryan E. DeMaggio, Jesse B. Wilkinson, and Camille E. Sheppard, Sheppard, White, Kachergus & DeMaggio, P.A., 215 Washington Street, Jacksonville, FL 32202 (sheplaw@sheppardwhite.com).

/s/
ATTORNEY

{00385408 1}                                              2