| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| EDF | 7635 | Main Campus-UNF | GR | Cultrl/Soc Foundation of WM Ed | | 3.000 | 0.00 |

**Period Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Period: | 6.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 12.000 | 9.000 | 9.000 | 9.000 | 35.10 | 3.90 |

Unofficial Transcript

**Period: Summer 2016**
College: Education and Human Services
Major: Educational Leadership
Student Type: Graduate
Academic Standing: Good Standing

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| EDA | 7262 | Main Campus-UNF | GR | Ed Leader III:Org Theory & Des | B+ | 3.000 | 9.90 | | | |
| EDA | 7990 | Main Campus-UNF | GR | Writing for Scholarship | A | 3.000 | 12.00 | | | |

**Period Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Period: | 6.000 | 6.000 | 6.000 | 6.000 | 21.90 | 3.65 |
| Cumulative: | 18.000 | 15.000 | 15.000 | 15.000 | 57.00 | 3.80 |

Unofficial Transcript

**Period: Fall 2016**
College: Education and Human Services
Major: Educational Leadership
Student Type: Graduate
Academic Standing: Academic Probation

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| EDA | 7193 | Main Campus-UNF | GR | Ed Leadership Iv:Leadsp/Change | B | 3.000 | 9.00 | | | |
| EDF | 7215 | Main Campus-UNF | GR | Psy-Soc Aspects of Lrn & Instr | D | 3.000 | 3.00 | | | |
| PAD | 6142 | Main Campus-UNF | GR | Mgt of Nonprofit Orgs | C+ | 3.000 | 6.90 | | | |

**Period Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Period: | 9.000 | 9.000 | 9.000 | 9.000 | 18.90 | 2.10 |
| Cumulative: | 27.000 | 24.000 | 24.000 | 24.000 | 75.90 | 3.16 |

https://banner.unf.edu/pls/nfpo/wkshweb.p_transcript

10/25/2017

UNF/Gamble 002176